THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT ANDREW MULLINS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and BOB STOKES,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO SEAL CASE**<br><br>Case No. 4:21-cv-00055-DN<br><br>District Judge David Nuffer |

Plaintiff filed a post-judgment, pro se motion to seal this case based on privacy and national security interests ("Motion").[1] Plaintiff cites to case law from the D.C. Circuit Court of Appeals for the proposition that cases may be sealed to protect an innocent accused who is exonerated; trade secrets; the privacy and reputation of victims; and to guard against risks to national security.[2] However, this is not binding authority, and Plaintiff fails to explain how the propositions from this authority could be applicable to this case. And a review of the record does not reveal any material or information that would plainly suggest the case should be sealed.

"Court records are presumptively open to the public" and "the sealing of civil cases is highly discouraged."[3] Plaintiff fails to identify a sufficient legal basis for this case to be sealed. Therefore,

---

[1] Motion to Seal Cases [and] Cancel Appeals ("Motion"), docket no. 16, filed June 3, 2022. This is Plaintiff's second attempt to have this case sealed. Motion to Seal Case Immediately, docket no. 7, filed June 7, 2021. Plaintiff's prior motion was denied because Plaintiff failed to identify a "statute, rule, case law, or other basis permitting the court to seal the case[.]" Memorandum Decision and Order of Dismissal With Prejudice and Notice and Warning Regarding Restricted Filer Status at 8, docket no. 14, filed Feb. 4, 2022.

[2] Motion at 1.

[3] DUCivR 5-2(a).

IT IS HEREBY ORDERED that Plaintiff's Motion[4] is DENIED.

Signed June 7, 2022.

BY THE COURT

David Nuffer
United States District Judge

---

[4] Docket no. 16, filed June 3, 2022.